IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03142-SKC

SAUL CISNEROS,

    Plaintiff,

v.

BILL ELDER, in his official capacity as Sheriff of El Paso County, Colorado,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to the Order ECF (Doc. 35) by Magistrate Judge Crews entered on March 16, 2023, it is

ORDERED that judgment is entered in favor of Saul Cisneros and against Bill Elder, in his official capacity as Sheriff of El Paso County, Colorado, in the amount of twenty-five thousand dollars ($25,000), inclusive of all costs and attorney fees.

Dated this 16th day of March, 2023.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL

                                              By: *s/A. Montoya*
                                                  Deputy Clerk